tion by Cyrus S. Merrill against the United Box Board & Paper Company. No opinion. Motion denied. See, also, 148 N. Y. Supp. 1130.

METROPOLITAN LIFE INS. CO., Appellant, v. HYDREX FELT & ENGINEERING CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Metropolitan Life Insurance Company against the Hydrex Felt & Engineering Company and others. F. C. Lawyer, of New York City, for appellant. J. D. Fackenthal, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

METROPOLITAN TRUST CO. v. LONG ACRE ELECTRIC CO. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by the Metropolitan Trust Company against the Long Acre Electric Company. No opinion. Motion granted, with $10 costs. Order filed.

MIDTOWN CONTRACTING CO. v. GOLDSTICKER et al. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by the Midtown Contracting Company against Louis Goldsticker and another. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed. See, also, 158 App. Div. 914, 143 N. Y. Supp. 1131.

In re MILLER. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of Alexander Miller, deceased. No opinion. Motion granted, with $10 costs. Order filed. See, also, 149 App. Div. 944, 134 N. Y. Supp. 1139.

MILLER et al., Respondents, v. CAMPBELL et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against W. C. Campbell and another. No opinion. Judgment unanimously affirmed, with costs.

MILLER et al., Respondents, v. HENDERSON, Appellant. (Supreme Court, Appellate Division. Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against Henry C. Henderson. No opinion. Judgment unanimously affirmed, with costs.

MILLER et al., Respondents, v. KREPPS et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against Virgil A. Krepps and another. No opinion. Judgment unanimously affirmed, with costs.

MILLER et al., Respondents, v. MORAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against Edwin C. Moran and another. No opinion. Judgment unanimously affirmed, with costs.

MILLER et al., Respondents, v. RUSSE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against August B. Russe and another. No opinion. Judgment unanimously affirmed, with costs.

MILLER, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Fred M. Miller against the Solvay Process Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, without prejudice to another motion on proper papers. See, also, 155 App. Div. 880, 139 N. Y. Supp. 1134.

MILLINGTON, Respondent, v. ALBIA BOX & PAPER CO., Appellant. (Supreme Court. Appellate Division, Third Department. November 11, 1914.) Action by James B. Millington against the Albia Box & Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.

MILLS, Respondent, v. BECK, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Mamie Mills against Maurice Beck. No opinion. This appeal has not been dismissed. The case was stricken from the calendar. The appellant may restore it to the calendar when he is in a position to do so. Motion denied, with $10 costs. See, also, 148 N. Y. Supp. 1130.

MILLS, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Charles H. Mills against the New York, New Haven & Hartford Railroad Company. PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event. We think that the great preponderance of evidence is to the effect that plaintiff could have seen the engine approaching if he had looked. The darkness was not sufficient to prevent this. RICH and STAPLETON, JJ., dissent.